UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
ROBERT RIVERA,                                      :
                                                    :     25-CV-5515 (KMK)
                              Plaintiff,            :
                                                    :     **ORDER AUTHORIZING THE**
        - against -                                 :     **DEPOSITION OF**
                                                    :     **INCARCERATED INDIVIDUAL**
CORRECTIONAL SERGEANT FRANCISCO     :     ~~(PROPOSED)~~
GARCIA, CORRECTIONAL OFFICER CESAR   :
GONZALEZ, CORRECTIONAL OFFICER        :
JONATHAN FRANCO, CORRECTIONAL        :
OFFICER MATTHEW RUQUET,              :
                                                    :
                              Defendants.           :
--------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an

Assistant Attorney General may take the deposition of Plaintiff Robert Rivera, DIN 11A2565,

either in person or by videoconference before a notary public, or some other officer authorized to

administer oaths by the laws of the United States or of the State of New York, at any New York

State Correctional Facility, upon notice to the Plaintiff and the Superintendent of the correctional

facility where he is then located. Plaintiff is advised that if he fails to attend and complete his own

deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include

an order dismissing this action.

        Dated: March 9, 2026
               White Plains, New York

                                                    SO ORDERED.

                                                    _____
                                                    HON. KENNETH M. KARAS
                                                    United States District Judge