

# BARKETEPSTEIN
### BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

April 2, 2026

**VIA ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re: *Rivera v. Garcia, et al.*, 25-cv-5515 (KMK)

Dear Judge Karas:

This office represents the Plaintiff in this matter. I write with the consent of defense counsel to bring two matters to the Court's attention. First, today is the fact discovery deadline set by the Court. The parties are ready to close fact discovery in this case with the understanding that defense counsel has represented that Defendants will produce the materials responsive to Plaintiff's second set of document demands in the coming days. All parties have been deposed, and counsels have worked cooperatively together thus far in all respects in conducting discovery. Plaintiff's second set of document demands were occasioned by the testimony of Defendants during their depositions, which were completed last week, on March 25, 2026.

Second, with respect to expert discovery, which is currently due May 13, 2026, Plaintiff is seeking permission from the Court to stay that deadline, as Defendants will be making a dispositive motion for summary judgment, which, if granted, would obviate the need for expert expenditures and disclosures altogether. If, on the other hand, Defendants' dispositive motion is denied, and this litigation proceeds, both parties will be utilizing experts to support their respective positions and will need time to conduct the appropriate additional discovery.

The parties are prepared to address these issues in a joint letter to Magistrate Andrew Krause, which is currently due April 7, 2026. We agreed, however, that it was prudent to also bring these issues to the attention of Your Honor.

Thank you very much for your consideration and attention.

Expert discovery is stayed for the
reasons noted herein until further
order of the Court.

So Ordered

4/3/26

cc:      **By ECF**
        Owen M. Crowley
        Assistant Attorney General
        Owen.crowley@ag.ny.gov

Respectfully Submitted,

/s/ *Danielle Muscatello*
Danielle Muscatello
*Counsel for Plaintiff*

2