

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

April 20, 2026

**VIA ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re: *Rivera v. Garcia, et al.*, 25-cv-5515 (KMK)

Dear Judge Karas:

I am an Assistant Attorney General in the Office of the New York State Attorney General.
I represent Defendants Francisco Garcia, Cesar Gonzalez, Jonathan Franco, and Matthew Ruquet
("Defendants"). I write to request that the May 14, 2026 case management conference in this case
be adjourned because I will be out of the office for a work-related conference from May 12 to May
14. (Dkt. No. 35). Plaintiff consents to this request. I have conferred with Plaintiff's counsel, and
the parties are available at the Court's convenience *except* for the following dates due to other
work and personal obligations:

The parties are unavailable on:

- May 12 to May 14
- May 26 to May 29
- June 1 to June 5
- June 11

I thank the Court for its attention to this matter.

The conference is moved to 5/6/26 at 10:00
Plaintiff is to respond to Defendants' pre-
motion letter by 4/24/26.

So Ordered
4/21/26

Respectfully Submitted,

/s/ *Owen M. Crowley*
Owen M. Crowley
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8952
Owen.crowley@ag.ny.gov

Litigation Bureau | 28 Liberty Street, New York NY 10005
212-416-8610 | ag.ny.gov

Honorable Kenneth M. Karas                                          Page 2 of 2
April 20, 2026

cc:    **By ECF**
       Danielle Muscatello
       Alexander Robert Klein
       Barket Epstein Kearon Aldea & LoTurco, LLP
       *Plaintiff's Counsel*