UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT RIVERA,<br><br>Plaintiff,<br><br>- against -<br><br>CORRECTIONAL SERGEANT FRANCISCO GARCIA, CORRECTIONAL OFFICER CESAR GONZALEZ, CORRECTIONAL OFFICER JONATHAN FRANCO, CORRECTIONAL OFFICER MATTHEW RUQUET,<br><br>Defendants. | 25-CV-5515 (KMK)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the motion filed herein, the testimony and evidence presented at the July 1, 2026 exhaustion hearing, Defendants' Post Exhaustion Hearing Brief (Dkt. No. 57), oral argument on August 6, 2026, the findings of fact and conclusions of law read into the record by the Court on the same date, and all other pleadings and papers filed herein, Defendants Cesar Gonzalez, Francisco Garcia, Jonathan Franco, and Matthew Ruquet ("Defendants"), hereby move for an Order pursuant to Rule 52(c) of the Federal Rules of Civil Procedure on their eighth affirmative defense dismissing Plaintiff's claims against Defendants without prejudice, and for such further relief as this Court deems just and proper.

Dated: New York, New York
August 7, 2026

Granted, for the reasons stated on the record on August 5, 2026.

So Ordered.
8/10/26

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendants*

By:
*/s/ Owen M. Crowley*
Owen M. Crowley
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8952
Owen.crowley@ag.ny.gov